# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
December 19, 2023

Lyle W. Cayce
Clerk

No. 23-60449

———————————

Tammie McPherson,

*Plaintiff—Appellant*,

*versus*

Harrison County Board of Education; Sheila Curtis, *Former Sped Director*; Missy Yates, *Former Assistant Sped Director*; Mitchell King; LaNetra Harris, *EEOC Agent*,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:23-CV-130

———————————————————————

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Tammie McPherson, a former teacher in the Harrison County School district, filed suit against the Harrison County School Board and several of her former superiors. She alleges defendants violated Title VII and Mississippi tort law by failing to provide her with an evaluation and a letter of recommendation so she could pursue a new teaching job in another school

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-60449

district. McPherson also sued LeNatra Harris, an EEOC agent, alleging Harris failed to investigate her case. McPherson consented to the jurisdiction of a magistrate. The magistrate granted McPherson leave to proceed *in forma pauperis* and then dismissed her claims before service of process because McPherson "fail[ed] to state a claim on which relief may be granted" or her claims were "frivolous or malicious." 28 U.S.C. § 1915(e)(2)(B). McPherson fails to identify any reversible error.

AFFIRMED.